UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL SHOEMAKER (98987)

VERSUS

BURL CAIN, WARDEN

CIVIL ACTION

NO. 10-344-BAJ-DLD

## RULING AND ORDER OF DISMISSAL

The Court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 22, 2012 (doc. 11), and plaintiff's objection thereto (doc. 12), hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the petitioner's application for habeas corpus relief is dismissed as untimely.

Baton Rouge, Louisiana, May 30, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA