UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL SHOEMAKER                                           CIVIL ACTION

VERSUS

BURL CAIN, Warden                                           NO. 10-CV-00344-BAJ-EWD
of Louisiana State Penitentiary

RULING ON MOTION FOR CERTIFICATE OF APPEALABILITY

This matter is before the Court on a motion by Petitioner for a certificate of appealability ("COA"). "A COA should issue if the applicant has 'made a substantial showing of the denial of a constitutional right,' 28 U.S.C. § 2253(c)(2), which [courts] have interpreted to require that the 'Petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.'" *Tennard v. Dretke*, 542 U.S. 274, 282, 124 S.Ct. 2562, 2569, 159 L.Ed.2d 384 (U.S. 2004) (*quoting Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542).

The Court previously issued an order (Doc. 27) dismissing Petitioner's **Motion to Set Aside Judgment Pursuant to Rule 60(b) (Doc. 26)**. Having considered the record of the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b), the Federal Rules of Appellate Procedure, and Petitioner's Request for Certificate of Appealability (Doc. 28), the Court concludes that a substantial showing of the denial of a constitutional right has not been made. For the reasons set forth in the

1

Magistrate Judge's Report and Recommendation, and in this Court's denial of Petitioner's Motion to Set Aside Judgment Pursuant to Rule 60(b) (Doc. 26), Petitioner's request is DENIED.

I.  CONCLUSION

Accordingly,

**IT IS ORDERED** that Plaintiff's **Request for Certificate of Appealability (Doc. 28)** is **DENIED.**

Baton Rouge, Louisiana, this 19th day of February, 2019.

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**